1102

No. 79–782. MISSISSIPPI POWER & LIGHT CO. ET AL. *v.* UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 79–796. AMAREX, INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 79–788. DIANA ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 79–837. MILLER BREWING CO. *v.* JOS. SCHLITZ BREWING CO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 79–848. DONOFRIO ET AL. *v.* MARSHALL, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.

No. 79–897. STOSKUS, ADMINISTRATRIX *v.* CITY OF BALDWIN PARK ET AL. C. A. 9th Cir. Motion to substitute Frances Stoskus, Administratrix of the Estate of Bertha Stoskus, in place of Bertha Stoskus, deceased, granted. Certiorari denied.

No. 79–5765. JARZAB *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 79–5849. HAUGHTON *v.* HAUGHTON, SPECIAL ADMINISTRATOR. Sup. Ct. Ill. Motion of respondent for damages and certiorari denied.